IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40990
(Summary Calendar)
_____

EDGAR LEE DEARS,

Plaintiff-Appellant,

versus

CARL VANCE, Chairman of Board
of Pardons and Parole,

Defendant-Appellee.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
(USDC No. 6:95-CV-717)
- - - - - - - - - - -
April 23, 1996
Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

This is an appeal from the district court's order dismissing appellant's 42 U.S.C. § 1983 action as frivolous under 28 U.S.C. § 1915(d). Appellant argues that the Parole Board's application of new parole review procedures and the new rule denying restoration of forfeited good time credits violated his substantive due process rights and the Ex Post Facto Clause of the U.S. Constitution. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for essentially the

_____

Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

reasons adopted by the district court.  <u>Dears v. Vance</u>, No. 6:95-CV-717 (E.D. Tex. October 30, 1995).

AFFIRMED.